PROB 12A
(7/93)

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 24 2005

JAMES R. LARSEN, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Report on Offender Under Supervision
*(No Action Requested)*

Name of Offender: Cyrus Nelson Albert         Case Number: 2:04CR02103-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 4/7/2005           Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled Substance, Cocaine, 21 U.S.C. § 841(c)         Date Supervision Commenced: 4/7/2005

Original Sentence: Prison - 5 Months; TSR - 36 Months         Date Supervision Expires: 4/6/2008

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising probation officer.<br><br>**Supporting Evidence**: On June 28, 2005, Cyrus Nelson Albert submitted a urine sample which tested presumptive positive for cocaine. Quest Laboratories subsequently confirmed the test result. |

**U.S. Probation Officer Action**:

Mr. Albert initially denied the alleged violation, but after providing him with the test results from the lab, he admitted to using cocaine. The defendant acknowledged having a substance abuse problem and indicated he wanted to participate in a treatment program. Mr. Albert continues to reside with his mother and has been in compliance with his home confinement program. As a result of the alleged violation, the defendant applied for treatment funding and is currently scheduled for an orientation appointment on August 30, 2005, at the Department of Social and Health Services.

Respectfully submitted,

by  *Jose Vargas* (signature)

Jose Vargas
U.S. Probation Officer
Date: August 22, 2005

Prob12A
Re: Albert, Cyrus Nelson
August 22, 2005
Page 2

[X] Court Concurs with Officer Action
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

*Fred Van Sickle*
Signature of Judicial Officer

*August 24, 2005*
Date

c: Assistant U.S. Attorney Jane Kirk
   Defense Counsel Ben Hernandez III