PROB 12B
(7/93)

United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 20 2005

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Cyrus Nelson Albert            Case Number: 2:04CR02103-001

Name of Sentencing Judicial Officer: The Honorable Fred Van Sickle

Date of Original Sentence: 4/7/2005              Type of Supervision: Supervised Release

Original Offense: Distribution of a Controlled   Date Supervision Commenced: 4/7/2005
Substance, Cocaine, 21 U.S.C. § 841(c)

Original Sentence: Prison - 5 Months; TSR - 36   Date Supervision Expires: 4/6/2008
Months

---

### PETITIONING THE COURT

To modify the conditions of supervision as follows:

18      You shall complete 20 hours of community service work, at the rate of not less than 10 hours per month, at a not-for-profit site approved in advance by the supervising probation officer. The hours are to be completed no later than 12/18/2005.

19      You shall abstain from the use of alcohol and illegal controlled substances, and shall submit to urinalysis testing, including Breathalyzer testing, as directed by the supervising probation officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

### CAUSE

On September 9, 2005, Cyrus Nelson Albert failed to comply with the requirements of his home confinement program. He recently completed an inpatient treatment program at James Oldham Treatment Center in Buena, Washington, and appears to be doing fine at this time. As a corrective measure, the defendant has agreed to complete 20 hours of community service. In addition, recent 9th Circuit case law requires the Court to specify a specific number of urine tests to be set. Enclosed is a waiver signed by the defendant agreeing to the above modification of his conditions of supervised release.

Prob 12B
**Re: Albert, Cyrus Nelson**
**October 18, 2005**
**Page 2**

Respectfully submitted,

by _____
Jose Vargas
U.S. Probation Officer
Date: October 18, 2005

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
FVS [X]   The Modification of Conditions as Noted Above
[ ]   Other

_____
Signature of Judicial Officer

October 19, 2005
Date